(December 9, 2008)

In the Matter of JACK WHITE, Petitioner, v BERNARD FRIED et al., Respondents. [869 NYS2d 844]

No opinion. Order filed. Concur—Tom, J.P., Mazzarelli, Friedman, Williams and Moskowitz, JJ.